IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY LEE MILLER,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO SUSPEND RESTITUTION WITHOUT PREJUDICE<br><br><br>Case No. 2:00-CR-210 TS |

Defendant is currently incarcerated and seeks to suspend payments on his restitution until after he is released to begin his term of supervised release. The Court finds that Defendant should first exhaust any administrative remedies regarding such request. It is therefore

ORDERED that Defendant's pro se Motion to Suspend Payment of Restitution (Docket No. 62) is DENIED without prejudice until Defendant can show he has exhausted any administrative remedies regarding such request.

DATED   July 13, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge